UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIANA HECHAVARRIA GALAN<br>Petitioner,<br>v.<br>WARDEN OF CALIFORNIA CITY DETENTION FACILITY<br>Respondent. | No. 1:26-cv-06817-DJC-SCR<br><br><u>RELEASE ORDER</u><br><br>A# 203-619-515 |

Petitioner Eliana Hechavarria Galan is a noncitizen detainee proceeding under a Petition for Writ of Habeas Corpus. (Pet. (ECF No. 1).) This Court grants the Petition and orders Petitioner's release from custody.

**BACKGROUND**

Petitioner is a native and citizen of Cuba currently detained by Immigration and Customs Enforcement (ICE). (Pet (ECF No. 1) at 1.) She was issued a final removal order but was later released on an Order of Supervision. (*Id.* ¶¶ 11–15.) On March 28, 2026, Respondent revoked Petitioner's release on supervision and detained her without prior notice or hearing. (*Id.* ¶ 54.) On April 6, 2026, Petitioner was presented of a notice of Respondent's intent to remove Petitioner to a third country, Mexico. (*Id.*

¶¶ 60–61.) Petitioner has refused to sign her consent to removal to Mexico. (*Id.* ¶ 31.) The briefing on this matter is complete.

## DISCUSSION

This case is materially indistinguishable from the Court's prior decisions in *Llopiz Estrada v. Warden,* No. 1:26-cv-04120-DJC-SCR, 2026 WL 2192272, at *1 (E.D. Cal. July 29, 2026); *Garcia Lopez v. Warden, California City*, No. 1:26-cv-05318-DJC-AC, 2026 WL 2323196, at *1 (E.D. Cal. Aug. 11, 2026); *Outerino v. Warden, Mesa Verde ICE Processing Center*, No. 1:26-cv-05326-DJC-JDP, 2026 WL 2327873, at *2 (E.D. Cal. Aug. 11, 2026), which all concerned Cuban nationals previously released on an Order of Supervision and detained to effectuate removal to Mexico despite their non-consent to the removal. The Court resolves the case on the same basis and concludes that the Government did not meet its burden to show a significant likelihood that Petitioner may be removed, and that consequently, Petitioner has established that his present detention violates 8 C.F.R. § 241.13(i)(2).[1] Respondent concedes that it cannot establish that Petitioner's re-detention complied with section 241.13. (ECF No. 9 at 1.)

## CONCLUSION

IT IS HEREBY ORDERED that:

1. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.
2. Respondents are ordered to immediately release Eliana Hechavarria Galan from their custody. Respondents shall not impose additional restrictions on her than were already present prior to Petitioner's current detention, unless they are determined to be necessary at a future pre-deprivation/custody hearing.

[1] In so finding, the Court does not determine that it is necessarily impossible that Respondents will be unable to show a change of circumstances in the future. But it is Respondents' burden to establish a change in circumstances.

3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner without a change in circumstances to warrant Petitioner's re-detention.
4. The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE